IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RENA B. GREENE                                                                                    PLAINTIFF
*on behalf of*
A MINOR CHILD, D.L.R.

vs.                                            Civil No. 4:06-cv-04076

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the **6th day of July, 2007**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED**.

                                                                            /s/   Barry A. Bryant
                                                                            Honorable Barry A. Bryant
                                                                            United States Magistrate Judge